

# GEORGETOWN LAW
## INSTITUTE FOR PUBLIC REPRESENTATION

Directors
Hope M. Babcock
Angela J. Campbell
Aderson Francois
  Benton Senior Counselor
Andrew Jay Schwartzman
  Staff Attorneys
Yael Bromberg
James Graves
Chris Laughlin*
Andrew Mendrala
Ariel Nelson**
Adam Riedel

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-662-9535
Fax: 202-662-9634

December 11, 2017

Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: *Prometheus Radio Project v. FCC*, No. 17-1107, *et al.*

Dear Ms. Waldron:

     Pursuant to Rule 28(j), Federal Rules of Appellate Proeedure, Petitioners Prometheus Radio Project and Media Mobilizing Project ("Petitioners") respectfully submit this response to Respondent Federal Communications Commission's December 1, 2017 letter to the Court.

     Petitioners do not disagree with the FCC that challenges to the FCC's 2016 decision to retain its rule prohibiting common ownership of daily newspapers and broadcast stations may be moot at such time as the Commission's newly issued decision on reconsideration might become effective. Any action by this Court on those cases (numbers 17-1108, 17-1110 and 17-1111) prior to such time would be premature.

* Admitted to the Colorado bar. Supervised by a member of the DC bar.
** Admitted to the California bar. Supervised by a member of the DC bar.

The FCC also asks that this Court grant its pending motion to hold case numbers 17-1107 and 17-1109 in abeyance until the period for filing petitions for review of the FCC's newly issued reconsideration order has expired. This request is premature. Petitioners oppose this request. As of this date, the order has not been published in the Federal Register. Shortly thereafter, Petitioners intend to file a petition for review of that order and a motion to consolidate the new case with Nos. 17-1107 and 17-1109. Action on the FCC's abeyance motion should be withheld until such time as this Court addresses the consolidation motion and any such other motions as may be filed during the period when petitions for review may be filed.

Respectfully submitted,

Andrew Jay Schwartzman
*Counsel for Petitioners Prometheus Radio Project and Media Mobilizing Project.*